**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

      **VS.**                              **CASE NO.**    **2:11-cr-70-FTM-29SPC**

**JAVIER CASTANEDA**

_____

**AMENDED ORDER FOR EXONERATION OF CASH BOND**[1]

      This cause came on for consideration upon the Defendant's Motion to Return Cash Bond.

The records in the instant action indicate that the conditions of the original appearance bond have

been satisfied in accordance with Fed.R.Crim.P. 46(f) and that the bond should be exonerated.

Therefore, it is

      **ORDERED:**

      That the Motion for Release of Cash Bond is **GRANTED** and the Clerk is directed to

disburse the principal and accumulated interest, if any, to the recipient(s) listed below.

      Name of Recipient:    Supreme Granite Installers, Inc., President Pedro Perez

      Address of Recipient: 8721 SW 126 Terrace, Miami, Florida 33176

      The Clerk shall mail the check to the payee at the address listed above.

      **DONE AND ORDERED** in Fort Myers, Florida, this __23rd__ day of April, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:       Counsel of Record
              Finance Section & Division of Filing

---

[1]This Order is amended only to the extent that the month of signature is changed from May to April.